ASCENSION LAW GROUP
PAMELA TSAO( 266734)
12341 Newport Ave., Suite B200
North Tustin, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff MICHAEL C. KEO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. KEO, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RED HILL AVENUE, LLC, a limited liability company;<br><br>　　　　Defendants. | Case No.: 8:23-cv-01727-JWH-KES<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Hon. John W. Holcomb presiding] |

---

**NOTICE OF VOLUNTARY DISMISSAL**
**(CASE NO. 8:23-CV-01727-JWH-KES)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MICHAEL C. KEO and Defendant RED HILL AVENUE, LLC, a limited liability company ("Defendant"), by and through undersigned counsel, hereby stipulate that the above-captioned action is voluntarily dismissed with prejudice in its entirety. Each party shall bear their own attorneys' fees and costs incurred herein.

SO STIPULATED.

Dated: October 30, 2024

ASCENSION LAW GROUP, PC

By: /s/ Pamela Tsao
    Pamela Tsao

Attorneys for Plaintiff
Michael C. Keo

Dated: October 30, 2024

LAW OFFICES OF STEPHEN ABRAHAM

By: /s/ Stephen E. Abraham
    Stephen E. Abraham

Attorneys for Defendant
RED HILL AVENUE, LLC, a limited liability company